IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LASHAY TURNER,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>MCCARTHY BURGESS & WOLFF,<br>　　　　Defendant. | C.A. No. 15-829 |

## MEMORANDUM ORDER

This Fair Debt Collection Act action was received by the Clerk of Court on June 23, 2015, and was referred to United States Magistrate Judge Robert C. Mitchell for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on December 27, 2016, recommended that Defendant's motion for summary judgment, (Docket No. [44]), be granted, and that judgment be entered in favor of Defendant and against Plaintiff on all claims in this case. Service was made on all parties by ECF, and objections were due by January 12, 2017. No objections were filed. After de novo review of the Complaint and documents in the case, together with the report and recommendation, the following order is entered:

　　　　AND NOW, this 13th day of January, 2017;
　　　　IT IS HEREBY ORDERED that Defendant's motion for summary judgment,

(Docket No. [44]), is granted, and that judgment is entered in favor of Defendant and against Plaintiff on all claims in this case.

The report and recommendation of Magistrate Judge Mitchell, dated December 27, 2016, is adopted as the opinion of the Court.

*s/Nora Barry Fischer*  
NORA BARRY FISCHER  
United States District Judge

cc/ecf: Robert C. Mitchell
U.S. Magistrate Judge

All parties of record