```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA


LASHAY TURNER,                  )
                                )
         Plaintiff,             )
                                )
    vs.                         )    Civil Action No. 15-829
                                )
MCCARTHY BURGESS & WOLFF,       )
                                )
         Defendant.             )
```

JUDGMENT ORDER

AND NOW, this 13th day of January, 2017, the Court having granted the Motion for Summary Judgment filed by Defendant (*see* Docket No. [52]),

It is hereby ordered that Final Judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure is hereby entered in favor of Defendant and against Plaintiff.

                                        s/Nora Barry Fischer
                                        United States District Judge

```
cc/ecf:   Robert C. Mitchell
          United States Magistrate Judge

          All parties of record
```